PEED *v.* HAMILTON *et al.*

LAMAR, J. The case is within the rule, and not the exception, of Civil Code, § 5585, and this court will not interfere with the first grant of a new trial.

                           *Judgment affirmed. By five Justices.*

Argued February 23, — Decided March 18, 1903.

Processioning.     Before Judge Brinson.     McDuffie superior court.     January 31, 1902.

*John T. West*, for plaintiff in error.
*Matt W. Gross* and *Hamilton Phinizy*, contra.